137 A.3d 532

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RODNEY ALSTON, DEFENDANT–APPELLANT.

April 20, 2016.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

IT is ORDERED that the appeal is dismissed.